IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 10-05129 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CHUN MEI LI, et al., | |
| Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/10/2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 2/1/2012.

DESIGNATION OF EXPERTS: 1/6/2012; REBUTTAL: 1/6/2012.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 2/1/2012.

DISPOSITIVE MOTIONS **SHALL** be filed by 6/1/2012;

Opp. Due 6/15/2012; Reply Due 6/22/2012

and set for hearing no later than 7/6/2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 8/21/2012 at 3:30 PM.

JURY TRIAL DATE: 9/4/2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 2 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/28/11

SUSAN ILLSTON
United States District Judge