UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHUN MEI LI and KAM LEUNG LIL, individually and dba EZ5 BAR; and EZ5, INC., an unknown business entity dba EZ5 BAR, <br><br> Defendants. | CASE NO. CV10-5129 MEJ <br><br> [PROPOSED] ORDER POSTPONING SETTLEMENT CONFERENCE |

Having reviewed the Stipulation Postponing Deadline for Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Settlement Conference is hereby continued from November 8, 2011, to _Jan 3_, at _1:30_ a.m./p.m.

IT IS SO ORDERED.

Dated: 1 Nov 11

BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

5CFF648E.doc

ORDER
CASE NO. CV10-5129 MEJ