1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 J & J Sports Productions, Inc.,        CASE NO. 3:10-cv-05129-SI

11                Plaintiff,              STIPULATION OF DISMISSAL OF
                                          PLAINTIFF'S COMPLAINT AGAINST
12         vs.                            DEFENDANTS CHUN MEI LI and KAM
                                          LEUNG LI, individually and d/b/a EZ5 BAR
13                                        AND EZ5, INC., an unknown business entity
   Chun Mei Li, et al.,                   d/b/a EZ5 BAR
14
                  Defendants.
15

16

17     IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,
18 INC. and Defendants CHUN MEI LI and KAM LEUNG LI, individually and d/b/a EZ5 BAR AND
19 EZ5, INC., an unknown business entity d/b/a EZ5 BAR, that the above-entitled action is hereby
20 dismissed **without prejudice** against CHUN MEI LI and KAM LEUNG LI, individually and d/b/a
21 EZ5 BAR AND EZ5, INC., an unknown business entity d/b/a EZ5 BAR and subject to the Court's
22 jurisdiction to enforce the settlement agreement reached between the Parties.
23     IT IS FURTHER STIPULATED that provided no Party referenced above has filed a
24 motion to reopen this action by September 30, 2012, the dismissal shall be deemed to be **with
25 prejudice**.
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL
3:10-cv-05129-SI
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 3, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: Nov 30, 2011

TINGLEY, PIONTKOWSKI, LLP
By: Jonathan A. McMahon, Esquire
Attorneys for Defendants CHEN MEI LI and KAM LEUNG LI, individually and d/b/a EZ5 BAR and EZ5, INC., an unknown business entity d/b/a EZ5 BAR

IT IS SO ORDERED:



Judge Susan Illston

Dated: 12/12/2011

STIPULATION OF DISMISSAL
3:10-cv-05129-SI
PAGE 2