Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Chun Mei Li, et al.,<br><br>Defendants. | CASE NO. 3:10-cv-05129-SI<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CHUN MEI LI and KAM LEUNG LI, individually and d/b/a EZ5 BAR AND EZ5, INC., an unknown business entity d/b/a EZ5 BAR |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants CHUN MEI LI and KAM LEUNG LI, individually and d/b/a EZ5 BAR AND EZ5, INC., an unknown business entity d/b/a EZ5 BAR, that the above-entitled action is hereby dismissed **without prejudice** against CHUN MEI LI and KAM LEUNG LI, individually and d/b/a EZ5 BAR AND EZ5, INC., an unknown business entity d/b/a EZ5 BAR and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by September 30, 2012, the dismissal shall be deemed to be **with prejudice**.

///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 3, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: Nov 30, 2011

TINGLEY, PIONTKOWSKI, LLP
By: Jonathan A. McMahon, Esquire
Attorneys for Defendants CHEN MEI LI and KAM LEUNG LI, individually and d/b/a EZ5 BAR and EZ5, INC., an unknown business entity d/b/a EZ5 BAR

IT IS SO ORDERED:



The Honorable Susan Illston
United States District Judge

Dated: 12/12/2011

STIPULATION OF DISMISSAL
3:10-cv-05129-SI
PAGE 2